As Rufus Cook, I represent the appellant here. I'm sorry, I expect I will need perhaps 20 minutes. Good morning, Your Honors. My name is Madak Bakhtiari. I, along with my co-counsel, Burt Lee Brown, represent the respondent, Appleby Bar Harbor at Windmill Lakes Home Owners Association. We have read the briefs. I suggest you to stick to points you think are important and we will not be shy about asking questions about points we think are important. Okay, let's proceed. Thank you, sir. This case initially came before this court and was decided in 2008. At that time, the court entered its order directing that the 1401 petition, which had been filed by Bar Harbor, be denied and remanded the case to the tax court for further proceedings. Shortly after that, we appeared, that is, Real Tax Business, appeared before Judge Paul in the county court and requested an order dealing with the possession of the property to which RTBI's deed and ownership was established by this court's opinion. When we appeared before Judge Paul with the motion seeking, among other things, injunctive relief to put us in possession of the property and, in effect, to give effect to the order of this court, Judge Paul, on January 7 or 9, declined to hear any argument, declined to set a briefing schedule, declined to have anything in effect to do with the property. He declined to have anything to do with the aspect of the case where we sought relief and instead said that he was deferring to a chancery court case that had been filed two weeks earlier by some five unit owners of the association who lived at Bar Harbor. That case, the chancery case, had been assigned to Judge Pantle. By deferring, what Judge Paul said was, I will not make any decision relative to the possession aspects of this case or whatever it is that is at issue. He was also presented at the time with a petition from Bar Harbor seeking the return of approximately $80,000 that had been put up pursuant to the rules requiring a person seeking to vacate a tax judgment to deposit a fund which would be sufficient to pay the costs of the tax deed applicant in the event that there was a denial. But there was not a denial, right? There was not a denial. You won. We won. Now, what's the status currently in chancery of the injunction or whatever you want to call it? The TRO was brought up here. We denied it. What's currently going on in chancery? Judge Pantle currently has the case. There is a, we have, after the denial of the TRO and some other motions from which we sought relief, we are presently at the point where we have filed an answer and a counterclaim. Those are pending before Judge Pantle. In the meantime, our concern, of course, is that the court that had jurisdiction of this matter since 2003, in effect, declined to give effect to the orders of this court. We have argued and argue before this court that Judge Pantle and the county tax court had exclusive jurisdiction. Exclusive. Didn't he have discretion of any sort? There are two cases pending. Either he could have gone forth or he had, hey, I'm going to give it all to the other judge. The chancery court case that was pending was filed two weeks before the matter. The question is, did he have discretion? We have to decide the case. Did he have discretion not to take the case? I believe he was required to continue with the jurisdiction that had been acquired by his court in 2003. There was no basis on which to say, I now relinquish jurisdiction. The court had established jurisdiction. It had been the subject of an appeal. It was remanded to his court for purposes, among other things, of carrying out the order that had been entered when the tax deed was originally entered, saying that the court retained jurisdiction of the matter after issuing the tax deed for purposes of putting the tax deed recipient in possession. That was an explicit part of the order. But the chancery case has some argument whether or not it's valid or not will be up to ultimately maybe this court, maybe the Supreme Court. But it has an argument that there's easements, et cetera, running with the land, and we want those enforced. In fact, there's a great big book by many authors that leave that a little bit in question. Well, as to making a decision about possession, that was clearly the duty of the trial court to which the case was remanded. So you're arguing there's no discretion? Essentially, yes, Judge. Having taken jurisdiction of the matter and with all of the things that had occurred in the meantime, I don't believe that there was discretion to say, well, now I'm going to let somebody else decide this case. Especially in a case that had been filed six years after the time when the county court had taken jurisdiction. Say he wanted an order of possession, I take it. If you wanted the order of possession, say he gave the order of possession, wouldn't it kill the chancery case? Wouldn't the chancery case still be alive? The chancery case was based on the assumption that the chancery court could take jurisdiction. The civil practice code makes clear that two courts cannot take or should not take jurisdiction of the same case at the same time. That's what 2-6-19 is all about. That there should not be two pending cases concerning the same matter, the same parties and so forth. But they make the point, counsel, as you know, that you never file a 2-6-16, a motion to dismiss based on 2-6-19. Now, your position in a reply brief is Judge Paul never gave you a chance that he ended things. He deferred before any such motion was filed. So the question is, do we have that in front of us when one was never filed? Judge, I don't think there's any question that it is before this court. At the time when Judge Paul took the action that he did, permitting no briefing, no arguing, I successfully requested that the judge include in the order language which reflected what had really happened before him, which is that we took the position before him that he had exclusive jurisdiction. The order said that. I don't know what else we could have done. There was no court reporter present. We had gone in thinking that we were there in order to establish a briefing schedule and to deal with their motion for the return of the money. Instead, the judge decides, well, I'm deferring it. I don't want to hear anything you have to say about it. There will be no argument. This is it. Well, he entered an order, though, giving RTPI title in fee simple, right, to the 13 acres, right? Yes, Judge. Let's start at the beginning, though, Mr. Cook. You do this for a living, do you not? I mean, you're very good. This is what you do, is it not, in terms of tax sales? No, Judge, it's not. You're familiar with it, though, are you not? I don't mean to insult you, sir. I worked for the county for 16 years. I'm very happy with tax sales. I'm a pro-government guy, Mr. Cook. So I don't mean to disparage anybody involved in this line of work. Please believe me. But are you familiar with a similar case where somebody bought easements, and then what happened with that? Because I don't see any reported cases out there. I agreed with your position the last time you were in front of us two years ago. I don't see how they're not in privity. So I don't know where it's going in Chancery. I don't understand it. But it's there, and I don't have that in front of us. We don't have the Chancery case in front of us. But is there any case law out there you could find or enlighten us with when people buy just the easement? But that's not the situation here, Judge. We filed a tax-free petition seeking title to the entire parcel with all of the incidents of ownership, including the easements. But 2720, which discusses this, allows you, I believe, to do what you did. I can't find any cases where that's come up, though, where the easements in the pond or the swimming pool, the field house was bought. I don't see any cases on it. Am I missing something? Well, I believe that the tax law describes the parcel being taxed, whatever it is, as consisting of the entirety of the interests in that parcel, in their entirety. When we obtained a tax deed, we obtained a deed to the entirety of the property. We had a fee simple title. That title includes the easements. As the statute makes clear, it says that even in the event of easements, if the taxes are not paid, the easement is subject to loss. Now, here we had the entire package, the fee simple title including the easements. When they defended themselves or when they brought the action before Judge Pannell, what they said was the easements can be separated out and we don't have to pay any taxes on the easements. We don't have to do anything. So even though you own the title in fee simple, we can carve out these easements and say they are subject to exception. You cannot enforce your interest against those easements. Judge, Paul refused to answer that question and you still have that issue in front of Pantley or Pantel, however you want to pronounce their name, correct? I believe we have it in front of this court, Judge. That's part of the reason why I emphasize the language that is in the order that Judge Paul entered. From the first moment before him, we said you have exclusive jurisdiction. It is improper to defer to Judge Pannell on this matter. We made that argument. It is before this court. It could not, we had no opportunity to make it otherwise because he said I don't want to hear anything. I don't want you to write anything. In those circumstances, how can we be blamed for having raised the matter in the one way that we could, which is to have the order reflect the fact that we had contested the matter and the order was over our objection because we maintained that there was exclusive jurisdiction in that court. Let me put this a little different way then. There's a large parcel of land. There's a tennis court on part of it. There's a little swimming pool, I understand. There's a little maybe game room, whatever it is, house, and there's a parking lot. Has there ever been a case like that that you've seen in the appellate court where we're talking about covenants, we're talking about easements. Has there ever been a case like that? I know there has been on the trial level, but how about the appellate level? Or should I have followed the learned trial court in the past? Well, I believe that there have been cases involving rights in land on which decisions have been made from time to time. Those have, in some instances, concerned easements. I have not found a case even where 2270, I believe it is, has been interpreted since the last sentence was added to it. Has there ever been an easement sold? He asked Justice Quinn's question again. Has there ever been an easement sold through a tax sale that you know of? An easement alone, no. I don't believe so because the tax deed always winds up in terms of ownership of the fee simple title.  Well, I think that what 2270 says is that just as has happened here, if you claim a covenant running with the land by way of an easement, you can lose that. I don't know that that statute says, oh, you can sell the easement separately. Perhaps you can. We never heard of air rights before, too. But say the easement is taxed, then you can sell it, can't you? Except that the easement is never taxed separately. Well, it seems to be with that great big book that I talked about before, and an earlier chapter says you can sell an easement. Are we talking about an earlier chapter of the tax code? No, the tax code as it is now seems to say that the easement can be taxed, and if the easement is taxed, the same as air rights are, if the easement is taxed, then you could sell it if someone fails to pay the taxes. Right? This is getting far off the point. I'm not aware of any portion of the tax code that says that an easement can be sold separately. I am not aware of any provision of the tax code that differentiates between easements and the fee simple title to the property. Indeed, the tax code makes clear, as is demonstrated in some of the citations that we have put before the judge panel, the tax code makes clear that the easement is part of the title. It is the property itself with all of its incidents that the tax is imposed on. Under those circumstances, that explains why there is nothing in the tax code that talks about taxing easements separately. Indeed, part of the argument that we have made is if you are going to tax easements separately, then you need to have a different tax code. That tax code needs to differentiate between easements and fee titles to property. Nowhere in the tax code is that the case. Well, in this case, though, going back, Mr. Cook, in this case, the reason the board, nobody paid the taxes on the parking lots and the pool and the 13 acres, right? So they weren't taxed separately. The 13 acres, consisting of what we know it ought to be consisting of, was taxed and nobody paid it until you came along and bought the taxes for $402 and then completed whatever else payments you needed to complete to get the fee simple. Right? Yes, sir. So they weren't taxed separately. No, they were not taxed separately. What you said was... Go ahead. I'm sorry. No, go ahead. What I understood you to say was that nobody paid the taxes on these 13 acres. Right. And that is absolutely correct. Then why weren't they taxed separately, then? No, they were not taxed separately. The 13 acres were taxed as a parcel. Right. That tax was on the property itself, including all of its incidents, included in which were the easements. It was one parcel. So when the buildings were assessed and they received the buildings now, the three residential buildings... Yes, sir. ...received their tax bill, they deducted out from that tax bill the amounts of money that they thought were going to be accrued under the 13 acres? Or did they pay that whole tax bill? They paid the whole tax bill, did they not? But they did not pay any taxes that were accruing, apparently, at least in the beginning, unbeknownst to them, on these 13 acres. Is that what occurred? If I understand you, yes, that is what happened. Okay. The taxes were paid on the buildings... Yes. ...which were a separate tax parcel from the 13 acres. The 13 acres were taxed as 13 acres, the entirety of the property. There was no distinction made as to the value of the easements as opposed to the value of the property. The tax code does not permit such a differentiation. It taxes the entirety of the property, including all of its incidents. And, of course, that's why we are concerned about this, because to hold otherwise is to suggest that a new tax code needs to be done. Indeed, one might look at the question whether to escape taxation, parties would not attempt to carve out the easement and say we're conveying the easement and that's not subject to tax. So that, for example, the people in this very case could do what they are saying, which is to enjoy the property tax-free ad infinitum. There would never be an occasion where the tax collector could say, well, you're sitting out here in your swimming pool and you're using all of this property for all the purposes you're using it for and you are not subject to tax. What was the amount of the tax bill not paid? In other words, what was this property worth according to the assessor and the treasurer? The delinquent taxes amounted to in the neighborhood of $200,000, I believe. There had been a period of some 10 years when the taxes had not been paid on this 13-acre parcel. So a typical year taxes was? Maybe $20,000, $25,000. I'm not certain about that. I think there are indications of it in the record. But I believe that overdue taxes exceeded $200,000. They did. Counsel, before you received the tax deed and the fee sample from Judge Paul, there was a hearing on this, is that correct? There was a hearing before the appeal or after the appeal? Before the appeal, there was a hearing. Yes. Okay, and then Judge Paul made a ruling and then there was an appeal and some things happened. I'm sorry, I don't mean to interrupt you. Let me just say, Judge Paul only came into the case after it was sent back, remanded on the appeal. Before that time, another judge who had since retired had heard the initial case, had entered the tax deed order, and then when the 1401 petition was filed, vacated the tax deed order, and it was that vacation of the tax deed order and the granting of the 1401 petition that we appealed to this court. When the matter came before Judge Paul after remand, it was the first time that he was involved in the case. Okay. So then after you received the tax deed and fee sample? Yes. Before you received it, there was a period of redemption that the homeowners could have been deemed. Is that correct? Yes, sir. And I'm assuming we're here because they didn't do that. Yes, sir. Indeed, this court found in the opinion that it entered that the homeowners association not only knew what was happening and that the period of redemption was ending and that they had to do something, but they affirmatively voted to do nothing. Okay, and now the homeowners association represented all the homeowners. Now we have an action being brought by individual homeowners. Yes, sir. Who were and are members of the association. The declaration of current minimum ownership sets it up so that the association is their representative for purposes, among other things, of paying the taxes. Now five members of this group are in the court below saying, wait a minute, that was the association, not us. As clear a matter of privity as I have seen is involved in this case. To suggest that somehow they are not bound by the actions of the association, which affirmatively elected not to redeem and not to do anything regarding the pending litigation before the appeal to this court is a matter of finding by this court. We are effectively in a position where we came before this court on the appeal. We demonstrated the rightness of our position and the correctness of it under the law. We received this court's order affirming that fact and we went back to the lower court and for whatever reason, except for entering the judgment which this court directed him to enter, Judge Powell washed his hands of it. If that is to be the case, as a matter of course, how can one ever know that this court or that court has jurisdiction When a judge decides that there is something that is unpleasant about the case, there is something that he doesn't like about it, he can simply walk away from it. The notion of jurisdiction and of the responsibility of the court which has assumed jurisdiction might as well go by the boards. Again, going back to his discretion, a lot of times judges talk as they should when both judges have a case similar or the same property and they decide among themselves, hey, you carry the ball or I'll carry it. The civil practice code specifically says that the court first obtaining jurisdiction is the court which should exercise jurisdiction. Well, if the judges, and I always think they should put it on the record, if the judges say, well, you've got this part of the case, I've got this part of the case, what should we do, you decide your part first in the back, that's not wrong, is it? Well, yes, it is wrong, Judge, to the extent that it contradicts 2.6.19. 2.6.19 says there should not be two pending cases involving the same parties and so forth. And there was a motion made? That's the policy. I'm sorry. There was a 6.19 motion made? There was a, we come back to what I began with, which is that Judge Paul said, I don't want to hear any argument, I don't want anything briefed, this is what I'm going to do. We objected to that saying you have exclusive jurisdiction. That's based on 2.6.19. To suggest that we didn't bring up 2.6.19 is in effect to say somebody makes something impossible for you to do, and then you get blamed for not having done it. Everything that we could do before the judge, we did, and we even had put in the order language in which he recognized that we raised the question of his having exclusive jurisdiction. That's a 2.6.19 question. We had no opportunity to brief it. We were simply ushered out of his court. Now, in those circumstances, there's no question but that we raised 2.6.19, and 2.6.19 is intended to prevent just the situation that the court just described. Let me take it a step further. When this case went back to the tax court where this court remanded it, the tax court had to deal with the matter of possession. The matter of ownership of the title is not in dispute, given the ruling of this court. Now, what has been said is, well, the issue before Judge Paddle is one that's appropriate for the circuit court or for the chancery court because there's some issue of title involved. There's no issue of title. The only issue that was involved when the remand came back was possession. Was there a motion pending before Judge Paddle regarding possession? Yes. That was the matter on which we appeared before him on the 7th of January. And did he deny that? He said, I defer. I am deferring. Do you think we can send it back to him to decide that motion? Absolutely, Judge. That's what should be done. The county tax court had exclusive jurisdiction of this case for more than six years. That court is the only court that it is appropriate to have decide the question of possession, which is the sole question remaining. Getting back to what I said earlier, Judge Paddle now, assuming we send it back, he says, okay, I give you possession, Mr. Cook, your claim. Does that eliminate or somehow kill or dismiss the chancery action? They're arguing about easements and covenants and things like that. If this court determines that Judge Paul had exclusive jurisdiction of the case, and remember the only question in the case at that point was possession, then yes. I don't think there's any question but that it would stop the chance reaction, as it should. Further, if Judge Paul has the case, the same issues that have been raised before Judge Paddle could be raised before him. They say they're entitled to continue in possession of the property because the covenants are what they are and the law supports them in that position. Then Judge Paul can decide that, as well as Judge Paddle. It's part of our argument that each court, the Illinois courts, are courts of general jurisdiction. I don't know that anybody argues with that. We quoted from this court's case, the Alfaro case, where the same kind of issue came up relative to what the respective authority of the courts was. I commend that case to this court. The same issues came up there about whether this court or that court was a court of general jurisdiction. This court said all of the courts are courts of general jurisdiction under the Constitution. Now to take the position that somehow Judge Paul's court is inferior and in a- He didn't say he didn't have jurisdiction. He just said he deferred, which goes back to the first question Justice Murphy asked us. What's our standard of review on this? He didn't say he didn't have jurisdiction. He absolutely didn't say he didn't have jurisdiction. Nobody has said Judge Paul didn't have jurisdiction. Well, then- The argument seems to be that Judge Pantley or Pantley doesn't have jurisdiction, and we don't have that case in front of us. Why don't we hear from the other side, if we may, Mr. Cook, and we'll have your reply. Very well, Justice. Thank you. May it please the Court. Good morning, Your Honors. As I said before, my name is Fadak Bakhtiari. I represent the Respondent Appalee Bar Harbor at Windmill Lakes Homeowners Association. Your Honors, this case is really about following proper procedure and maintaining the ability- If this case were in Bond County, do they have a chancery court in Bond County? I believe Bond County would have a single circuit court that hears all types of cases. So these little rules that you quoted are just unique to Cook County, and it doesn't say that one judge has more jurisdiction than the other. This isn't the first time a case like this came up in the county division, is it? That's correct, Your Honor. In fact, aren't there some election cases the chancery decides to hold and do themselves, even though the county division is supposed to do all election cases? There's shared jurisdiction. They certainly do, Your Honor, and I'm not aware of those cases. But if you look at the request for relief that Real Tax Business filed in the county division, it sought an injunction- You mean- Wait a minute. You mean, I'm mistaken that the, what do they call them, divorce court, domestic relations court, doesn't do injunctions? They have to send those to chancery court? They may, Your Honor. Let's go down to traffic court. I mean, traffic court has to send all the injunctions up to chancery? They may, Your Honor. They may? You know, the general rules say that cases seeking injunctions must be heard in the chancery division. Must be heard in the chancery division. That means that every time a domestic relations judge has some sort of an injunction, he should transfer that part to the chancery division. Certainly not, Your Honor, and we would never want to impinge on one judge's ability to retain parts of the case that he or she saw fit. But if you look at the request for relief that they filed, it also- Request for relief that sometimes is filed in domestic relations division is no different than this. The same principles. That may be correct, Your Honor, but here what Real Tax Business Inc. was seeking assumed a legal conclusion that the recorded restrictions running with the land had been wiped out by the tax deed, and that's precisely the issue being decided by Judge Pannell in the chancery court. And you're saying Judge Paul shouldn't answer that. The fact that it came up in this case, and if in fact the chancery case was never filed, he should say, wait a minute, I can't decide this. This is unique. This is the first time this came up in the county division. I'm not saying he shouldn't have decided that if the chancery case didn't exist, but certainly if the chancery case didn't exist, he would still, I believe, have to transfer the portions of the case seeking injunctive relief to a chancery judge. Do you mean all those cases that I know the county division heard before, like this one, you mean they were all in error? No, certainly not, Your Honor. But in this case, we have a unique situation involving restrictive covenants and easements running with the land and their impact on the title. Is this the first time a common area involving some sort of a swimming pool or retention bond, this is the first time that the county division ever heard that type of case? I'm not aware. The question is, did the appellate court ever hear it? I'm not aware of whether the courts have ever heard a case involving the common areas, Your Honor. But it's not the first time the courts have heard a case involving restrictive covenants and easements running with the land and the impact on that of a tax deed, or rather their impact on a tax deed. You mean the tax deed has never involved any type of easement regarding Commonwealth Edison? I'm sure that they do, Judge. But here we have a case law establishing that when you have a parcel of land to which a tax deed was entered, the recorded covenants and easements running with the land are not extinguished by the tax deed. And that's the SI Securities v. Edwardsville case filed in the 5th District. It's also the Phoenix Bond and Indemnity case cited in our brief decided by the 1st District. And there's also a 2nd District case squarely on point that those recorded covenants are not extinguished by the land. Well, that's the question before the Chancery Court now. That's correct, Your Honor. It's not before us. That's correct. However, those documents were filed as part of the record in this case just to make the court aware of them. So they are part of the record here. And Judge Pannell has actually decided that issue on two occasions. She has an opinion entered in January of 2009 and again in December 2009, ruling that those restrictive covenants and easements were not extinguished by the tax deed case. So if this Court were to... But she also made rulings that the members of the Association are not in privity with the Association, which, I don't know, sounds absurd. Your Honor, that's not exactly what she ruled. She ruled that the unit owners were not barred from bringing their case by res judicata, which was the argument that RTBI advanced. And as part of that ruling, she found two key issues. She found that, first, the unit owners and the Association were not the same party. So that's correct. But she also found that the issue of identity of cause of action was not present either. And the reason for that was because there's a declaratory... I see Your Honor is laughing about that. It's absurd. Yeah, yeah. It's absurd. If this would prevail in Chancery Court, what would that do to the merchantability of Mr. Cook's client's title? If it prevailed in the Chancery Court, it would uphold the principle that recorded covenants and restrictions run with the land and are not extinguished by the deed. How many buyers do you think Mr. Cook's client would have? Your Honor, that's Section 2270. And we're not saying, and the unit owners aren't saying, that they should be paid no remuneration for their ownership of the common areas. That's not the unit owner's position at all. And you can see that in their complaint, which is part of our separate appendix. They're not saying that they don't owe them anything for the maintenance fees and so forth. So Mr. Cook could put a little fence around the parking lot and charge them rent or charge them a fee for the park there. You want to belong to the swimming club? We'll charge you a fee. Tennis court? We'll charge you a fee. You mean he can do that? Well, Your Honor, no, that's not what he can do because the developer who developed Bar Harbor recorded some covenants that run with the land entitling every owner and subsequent owner, or actually requiring every owner and subsequent owner to abide by those covenants and restrictions. The flip side of your question, Your Honor, is who would ever purchase a condominium that could possibly lose all their rights to use the common areas if it was sold to a tax deal? Well, that's why they should pay taxes. Well, that's correct, Your Honor. And that's why when they're brought forth to the association, they have all the members there who chose to attend the meeting, are told we'd better redeem or lose this. And they say, well, we're not going to do either one. Perhaps he's going to have more of that. Let me ask a question. Maybe he just asked a question. Certainly. I'm just trying to go back to have a clear understanding. During the period of redemption, the homeowners, as my example, what I'm reading, they were aware that they could have redeemed it. How come they didn't? Your Honor, the record is silent on that matter. This court has an opinion on that issue. I think there was a big misunderstanding from what I understand. The developer inadvertently failed to file an exemption for the taxes on the common areas, and it just never came to the attention of the homeowners. Now, I don't know why or what happened in that proceeding as to why they didn't pay those taxes. Obviously, they should have. That was a mistake, and I can tell you it was an inadvertent mistake. But beyond that, I was not privy to exactly what happened with the homeowners association at that time. They were represented by a separate counsel, and that was part of the 214.01 proceeding. But at this point, at this juncture, we have a remand reinstating the tax deed, and part of what we told Judge Paul was, now that the purpose of our Section 2280 deposit has been fulfilled, we should be entitled to return of those funds. Section 2280 is very clear that if a tax deed is vacated, the vacating party has to reimburse the tax purchaser for their costs. We put those funds in account with the clerk of the court in the event that vacating the tax deed would be affirmed, which it wasn't. It was reversed. If it had been affirmed, we would have paid Mr. Cook his redemption costs, and we would have vacated the tax deed. But that's not what happened. So there is no statutory purpose for leaving those funds up with the clerk of the court. Those funds should be returned. There's no question that there's no statutory purpose for not returning those funds. Is the association still collecting assessments for this property? Your Honor, I don't know the answer to that question. The record is silent on that. The association is still collecting assessments. Certainly whether they're collecting it on this property, I'm uncertain. Your Honors, when it comes to Judge Pantel, the other point to make is that Real Tax Business, Inc., if this court were to reverse or remand and have Judge Paul decide their request for relief, we would have two parallel proceedings, one of which in the tax court might potentially infringe on the temporary restraining order and preliminary injunction entered by Judge Pantel, which we believe is a result that doesn't serve judicial efficiency. It doesn't make sense to have two disparate rulings on the same legal issue. Is this the first time you think this ever happened at the trial level? Perhaps not, Your Honor. But that doesn't mean it should happen. In fact, the legal assumption that it takes to grant their request for injunction and other relief is the exact issue that's being decided in Judge Pantel's courtroom. They filed the same request for relief with Judge Pantel, which is in the record at page C-174. They filed an identical request for relief with Judge Pantel. That's pending before her. And that was filed after Paul refused to hear any more from them? That be right? That's correct, Your Honor. What else could they have done? Well, they didn't have a choice at that point. But that's the lawsuit in which that issue is being decided. Going back, though, as Justice Murphy keeps pointing out, if we find for you, maybe not if we say that it's okay to run the chancery to fight tax deeds after a tax court has ruled on them, what will prevent every single person who's lost their property on a tax deed from running the chancery and doing just what these five people did? Well, Judge. And citing our case for the proposition, do you have to go through two court systems to get the merchantable title? Well, Justice Quinn, certainly this court can rule narrowly and say that in the unique circumstances involved in this case, where you have the question of what effective recorded covenants running with the land have on a tax deed, that issue, I don't believe, is going to come up very frequently. So the case can certainly be decided and confined to the facts before the court. What we've suggested to Judge Paul is that we shouldn't have two parallel lawsuits that turn on the same legal issue. And because of that, we believe it would be duplicative to have two lawsuits requiring the same legal issue be decided. That's their argument, too. Their argument that should have been heard by the tax court, since the tax court ruled on the case, had the case for six years, and ruled that they had possession. That's their argument, that there should never have been a chancery case. That's correct, Judge. But they also didn't make the unit owners parties to the tax deed case. Should they have done that? They had to have done that, because the tax court can't rule over parties who aren't present before the court, and the unit owners aren't the same party as the association. Did they raise that attack in front of us two years ago? Did your individual condo owners raise that to attack the deed or attack the judgment two years ago in front of this court? No. The association did. The unit owners have never been a party to the tax deed case. They have never been made a party to the tax deed case. They are only a party to the chancery case. Only the association is a party to this case. So if Real Tax Business requests relief against the unit owners, they have to be made a party to this case. There's 314 unit owners. It's black-letter law that a court cannot rule on parties not before the court. It's interesting that nobody cites that black-letter law, either in the earlier appeal, which I wrote, or this appeal. Actually, Your Honor, on page 14 of our Applebee's brief, we did make the point that the tax deed court could not award relief against parties who were not before the court. So Judge Paul didn't have the ability. I see you have a question, Your Honor. No, he doesn't. He has to. This is ruling on this parcel, this huge parcel. At one time, this was one parcel, I take it, or many small parcels. No, it's one large. The common areas are one large. One time before the condominiums came along, say it was one parcel. Maybe it was divided up. Then the assessor was approached and said, hey, would you divide this up? One parcel for this building, one parcel for that building. By the way, in each building, we want that divided up. Let's forget that part. But this common area, this common area, we want kept separately. And, by the way, don't tax it for its full worth because we're paying more here. Isn't that sort of the way condominiums are done? Common areas are there. The common areas generally are taxed less, open area, whatever they are. Yes, and that's what Bar Harbor should have done. They should have asked the assessor to assess the usual $1 for the common areas. But there was an oversight, and they didn't do that. But if they didn't pay the $1 or whatever it's down to, it still could be sold. Certainly, certainly. But I believe that the unit owners, before the tax deed was entered and then reinstated, were paying assessments that reflected the common areas. No, they weren't, were they? I am not sure, but that's not in the record. It's not reflected in the record. Each unit is taxed separately. That's correct. Why did you file this action in chancery as opposed to the county? Why did the unit owners file in chancery? Because they wanted, they sought a declaratory judgment. They wanted a declaration of what their rights were vis-a-vis the recorded restrictions and the tax deed. They wanted to know whether they could keep using the common areas, seeing as how the tax deed had been entered, reinstated by Judge Paul about a month before in, I would say, November of 2008. About a month later, December 2008, the unit owners filed their declaratory judgment complaint. Judge Steele said, why wasn't it filed in the county division? Because the chancery court hears declaratory judgment actions, Your Honor. And the chancery court, correct me if I'm wrong, could have transferred the case down to the county division. No, it could not have. Do you think it has never been? I don't know whether it's ever been, Your Honor. But I do know that under General Order 1.2B, the chancery division is the proper division to hear declaratory judgment complaints. Justice Steele used to be in the domestic relations division, so he should have transferred part of each case to the chancery division. Can he do that again? Isn't that bizarre? Your Honor, I think that each individual judge should have some discretion to decide how to best resolve the case. And Judge Paul should have some discretion to decide the entire case. Or to not decide the entire case. It comes down to a matter of judicial efficiency. Whether we want two lawsuits turning on the same issue that could reach potentially opposite results, or whether that's decided by one judge who's already heard a voluminous argument, had the issue briefed numerous times.  Or January when Judge Paul refused to not relinquish his authority. That's correct, Your Honor. But it did happen within a month afterwards. And counsel argued that he didn't have an opportunity to assert things like Section 2619. However, the motion to release the redemption funds was fully briefed. There was an opportunity there. And he did assert his creditor's bill theory in two post-judgment motions that were filed on February 6th of 2009. So there was an opportunity to submit written argument on both of these issues. Your Honors, we would conclude by asking that Judge Paul's orders be affirmed. That first, the order releasing the statutory redemption funds be affirmed. The statutory purpose has been fulfilled. There's no reason to retain those funds. And there is certainly no creditor's bill that would entitle real tax business to access those funds. Section 2280 is very specific as to the purpose of those funds. Those funds should be released. There's no purpose for retaining them. And secondly, that Judge Paul's order deferring the request for relief filed by real tax be affirmed as well. Thank you, counsel. Thank you, Your Honors. May it please the Court, there are a couple of matters which I'd like to refer to briefly. In my previous argument, I referred to the Alfaro case, which is quoted on page 7 of our reply brief. I'd just like to read a couple of paragraphs of that holding. The issue there had to do with the general jurisdiction of the courts. At the end of paragraph 1, the court said, Since both the probate division and the law division are therefore simply divisions of the same constitutional court of general jurisdiction, it follows necessarily that both of these tribunals could have had equal and concurrent subject matter jurisdiction over the matter of the appointment of the administrator. That, of course, is just the point that the Court has made. That quote concludes on the following page. We hold that once the court in which the demolition order was entered took jurisdiction of the subject matter, it retained it to the exclusion of another court of concurrent jurisdiction. That makes the point that I was attempting to make previously when I said that the court that first takes jurisdiction has exclusive jurisdiction of the matter, and, at least in my view, does not have discretion later on to say, Well, okay, I'm going to decide this part of it, and I'm going to do this with that part, and I'm not going to exercise my exclusive jurisdiction. But even in that case, counsel, the court then held that the law division had the exclusive jurisdiction over the wrongful death action. So the probate division had the right to appoint the administrator, and law division had the right then in each of them. So the law division couldn't appoint an administrator, and the probate division couldn't hear the wrongful death action. There were reasons why the court eventually wound up dividing the thing as it did, and I'm not trying to get into that. All I'm saying is that the court there clearly recognized the principle that I have attempted to articulate before this Court, which is that the court that has exclusive jurisdiction is the court that first took jurisdiction of the matter. Here, there's no question that by six years, that's the tax court. Let's take this to the next logical step. Let's say we agree with you. The remedy from this Court would be for us to enter an order, as Justice Murphy suggested, to Judge Paul to rule and to start briefing over again in front of Judge Paul, right? We have no order in front of us, in front of the panel, but we could order Paul to start over because he didn't allow briefing. He just came in on a date when it was scheduled for briefing schedules and said, I'm not doing anything. There's a case pending, Chancellor. So if we agreed with you, the best you could hope for, I would suggest, Mr. Cook, is for us to order Paul to start over. That would be necessary, I believe. Yes, Judge, but I think this Court can do more and should do more. Judge Paul's jurisdiction is exclusive jurisdiction. If this Court declares that, even though the panel matter is not here, I'm sure the judge panel is not going to ignore the decision of this Court saying that exclusive jurisdiction rests with Judge Paul. And so I believe that if this Court agrees with the statements of law that we have made here, not only should the Court do that, I think it's imperative that the Court do that. Otherwise, you are condemning the parties here to years more of litigation. If Judge Pennell, as it appears now, is going to rule adversely to us, clearly we're going to appeal it. We're going to be in a situation where two, three, four years from now, arguments will be being made on this same matter, whereas this Court could resolve it by recognizing, as the Alfaro case does, that exclusive jurisdiction rested and rests with Judge Paul. Now, let me go a little bit beyond that. Because our counsel made a couple of points that I think need to be looked at. He said that we had an opportunity to raise Section 2619 and to raise whatever else we wanted. Surely this Court is more aware than I that the ordinary procedure is you file a motion, you present it to the Court, the Court sets a briefing schedule. We had no reason to brief the motion that we filed before presenting it to the Court. And we certainly had no reason to believe that when we appeared for a briefing schedule, what we were going to be confronted with was Judge Paul saying, no, no, no, I don't want a briefing schedule and I don't want to hear anything. I submit to the Court that that itself is extraordinary. Counsel talks in terms of judicial economy. What would serve the interest of judicial economy better and more than that this Court now stop this business? The exclusive jurisdiction of Judge Paul is, in my view, really not an issue. Every pronouncement of this Court says that. The policy of the Circuit Court says that. The policy of the Code of Civil Procedure says that. What more does this Court need than to say exclusive jurisdiction rested with Judge Paul and rests with him? I don't know how he's going to rule on these issues, but surely they should be presented to him. Counsel also talked about what he said was the inadvertent failure to pay the taxes here. I suggest to the Court that the record clearly indicates there was nothing inadvertent about this. They took, as this Court noted in its previous opinion, they took a vote on the issue of whether to do something about these taxes within the redemption period. They decided not to. What's inadvertent about that? Finally, let me just say that this issue of the owners not being present at the time when the tax deed proceeding was initially conducted is folder all. I can't use a stronger term. We appreciate that. The fact is that the condominium declaration gives to the association the responsibility to represent these owners and to pay the taxes on their behalf. Unquestionably, these owners were members of the association, voting members who had the right to weigh in on any issue they needed to. Their representative, the association, was present here. To suggest that somehow they were absent and therefore they should be heard is ridiculous. We were part of the progressive land case in which the Supreme Court decided the whole issue or clarified the whole issue of race judicata and collateral estoppel. We quoted from that case here. I don't know of a single issue that is more clear than that these unit owners were represented by their association. To suggest now that they were not amounts to the ridiculous. I agree with you, counsel, that that couldn't be clearer. Progressive. It's been recently followed by this division in State Farm v. Rickloff just a year ago. Less than a year ago. But I don't know that we have that in front of us. I suggest to the Court that the order that was entered in which Judge Paul admitted that we had raised the question of exclusive jurisdiction as an objection to the action that he was taking puts it squarely before this Court. Thank you. Thank you, counsel. The Court will take the case under advisement. Court will be in recess.